JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>    Plaintiff,<br><br>v.<br><br>Bre Encino Owner LLC,<br><br>    Defendant. | Case No. CV 20-02202-AB (MMAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

  THE COURT having been advised by the parties' Mediation Report (Dkt. No. 28) that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 30, 2020      _____
                  ANDRÉ BIROTTE JR.
                  UNITED STATES DISTRICT JUDGE

1.